UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHAZ MARTINEZ and KAYLA SIEMON,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>EGNYTE, INC., a foreign corporation of the State of Delaware,<br><br>　　　　　　　Defendants. | NO: 2:21-CV-0202-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice. ECF No. 50. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that the claims of Plaintiffs Chaz Martinez and Kayla Siemon against Defendant Egnyte, Inc. are dismissed in their entirety with prejudice and without costs or fees to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing

2  a stipulation signed by all parties who have appeared.

3  **ACCORDINGLY, IT IS HEREBY ORDERED**:

4  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, the claims of

5  Plaintiffs Chaz Martinez and Kayla Siemon against Defendant Egnyte, Inc. are

6  dismissed in their entirety with prejudice and without costs or fees to any party.

7  All remaining pending motions are **DENIED** as moot.

8  All deadlines, hearings and trial are **VACATED**.

9  The District Court Executive is directed to enter this Order and Judgment

10  accordingly, furnish copies to counsel, and **CLOSE** the file.

11  DATED May 2, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2