AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2023

SEAN F. McAVOY, CLERK

CHAZ MARTINEZ and KAYLA SIEMON,  )
*Plaintiff*  )
v.  )  Civil Action No.  2:21-CV-0202-TOR
)
EGNYTE, INC., a foreign corporation  )
of the State of Delaware,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, the claims of Plaintiffs Chaz Martinez and Kayla Siemon against Defendant Egnyte, Inc. are dismissed in their entirety with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on the parties' Stipulation of Dismissal with Prejudice.  ECF No. 50.

Date:  May 2, 2023                                  CLERK OF COURT

                                                   SEAN F. McAVOY

                                                   *s/ B. Fortenberry*
                                                   *(By) Deputy Clerk*
                                                   B. Fortenberry